UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| Barbara Dejonghe, | Case No.: 4:17‑cv‑11488‑TGB‑RSW |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| Ocwen Loan Servicing, LLC, | |
| Defendant. | |

---

Plaintiff, BARBARA DEJONGHE ("Plaintiff") and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant") (jointly the "Parties"), hereby move this Honorable Court to dismiss the above-entitled action with prejudice. In support of this joint motion, the Parties state as follows:

1. The Parties have reached a settlement in this action;
2. The Parties to this litigation have jointly entered into this Stipulation;
3. Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;
4. The Parties are to bear their own fees and costs;
5. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and the Defendant; and
6. The Parties agree that this Court may proceed to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

7.   The Parties agree that this Court shall retain jurisdiction over this matter to enforce the settlement agreement.

WHEREFORE, the Parties jointly move this Court to dismiss the above-captioned action with prejudice.

Dated:  October 24, 2018        HYDE & SWIGART

By:   */s Anthony Chester*
Anthony P. Chester (P77933)
HYDE & SWIGART
120 South 6th Street, Suite 2050
Minneapolis, MN 55402
Telephone:  (952) 225-5333
Email: tony@westcoastlitigation.com

Dated:  October 24, 2018        HINSHAW & CULBERTSON LLP

By:   */s Jennifer W. Weller*
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone:  (312) 704-3000
Email: jweller@hinshawlaw.com

3

## CERTIFICATE OF SERVICE

      I, Anthony Chester, hereby certify that on **October 24, 2018**, I electronically filed with the Clerk of the U.S. District Court, Eastern District of Michigan, the foregoing **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** by using the CM/ECF system, which will send notification of such filings to all attorneys of record.

Date: October 24, 2018    By: /s/ Anthony Chester
                                                    Anthony P. Chester (P77933)
                                                    **HYDE & SWIGART**
                                                    120 South 6th Street, Suite 2050
                                                    Minneapolis, MN 55402
                                                    Telephone:  (952) 225-5333
                                                    Email: tony@westcoastlitigation.com