# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Barbara Dejonghe,

    Plaintiff,

v.

Ocwen Loan Servicing, LLC,

    Defendant.

Case No.: 4:17-cv-11488-TGB-RSW

**ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

Based upon the Stipulation for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party is to bear their own fees and costs.

IT IS SO ORDERED

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: October 25, 2018